## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RACHELLA OGLESBY, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 16-CV-08-CVE-PJC |
| BIZJET INTERNATIONAL SALES AND SUPPORT, a domestic company, | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective Counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that all of the Plaintiff's claims filed in this action are hereby dismissed with prejudice and that each party shall bear their own court costs and attorneys' fees.

Dated this 5th day of October, 2016.

Respectfully submitted,

/s/Randall J. Snapp
Randall J. Snapp, OBA #11169
CROWE & DUNLEVY
A Professional Corporation
321 South Boston Avenue; Suite 500
Tulsa, OK  74103
(918) 592-9855; Facsimile: (918) 599-6335
randall.snapp@crowedunlevy.com

**Attorneys for Defendant Bizjet International Sales and Support**

/s/Charles C. Vaught
Charles C. Vaught, OBA #19962
ARMSTRONG & VAUGHT, P.L.C.
2727 E. 21st Street, Suite 505
Tulsa, OK 74114
918-582-2500
(918) 583-1755 - Fax

**Attorney for Plaintiff Rachella Oglesby**

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of October, 2016, a true and correct copy of the above and foregoing was deposited in the U.S. mail, first class, postage pre-paid, addressed to:

Charles C. Vaught
ARMSTRONG & VAUGHT, P.L.C.
2727 E. 21st Street, Suite 505
Tulsa, OK 74114

/s/Randall J. Snapp
Randall J. Snapp

3120508.1